* 5 0 2 4 0 4 0 1 *

FILED
12/14/2022 2:59 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L011083
Calendar, Z
20680122

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MARILYN WILSON, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) No.<br>) |
| ISAAC EDUARDO HERNANDEZ FRANCISCO, PREM BAHADUR KHADKA, and LYFT, INC., a Delaware Corporation | )<br>)<br>) Amount claimed: In Excess of $50,000.00<br>) DEMANDS TO BE HEARD BY A JURY<br>) OF TWELVE |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MARILYN WILSON ("Plaintiff"), by and through her attorneys, GORDON LAW OFFICES, LTD., and complains of Defendants ISSAC EDUARDO HERNANDEZ FRANCISCO ("Defendant FRANCISCO"), PREM BAHADUR KHADKA ("Defendant KHADKA"), and LYFT, INC., a Delaware Corporation ("LYFT") as follows:

### COMMON FACTS TO ALL PARTIES

1. At all times relevant, Plaintiff resided in Stone Mountain, De Kalb County, Georgia.

2. At all times relevant, Defendant Francisco resided in Chicago, Cook County, Illinois.

3. At all times relevant, Defendant Khadka resided in Chicago, Cook County, Illinois.

4. At all times relevant, Defendant Khadka was a servant, agent, and/or employee of Defendant Lyft as a driver.

5. At all times relevant, Defendant Lyft is a corporation existing under the laws of Delaware with its headquarters and principal place of business located in San Francisco, San Francisco County, California.

Exhibit A

6. At all times relevant, Defendant Lyft conducts business in Chicago, Cook County, Illinois.

7. On December 13, 2020, at approximately 9:05 a.m., Plaintiff was operating and controlling her motor vehicle traveling southbound on I-90 in Chicago, Cook County, Illinois.

8. At all times relevant, Plaintiff was in the exercise of due care and caution for her own safety and for the safety of others.

9. On December 13, 2020, at approximately 9:05 a.m., Defendant Francisco was operating and controlling his motor vehicle traveling southbound on I-90 in Chicago, Cook County, Illinois.

10. On said date, time, and place, Defendant Francisco was traveling in the lane to the left of Defendant Khadka's vehicle.

11. On December 13, 2020, at approximately 9:05 a.m., Defendant Khadka was operating and controlling his motor vehicle traveling southbound on I-90 in Chicago, Cook County, Illinois.

12. On said date, time, and place, Defendant Khadka was traveling in the lane to the right of Defendant Francisco's vehicle and to the left of Plaintiff's vehicle.

13. On said date, time, and place, immediately prior to the collision occurring, traffic stopped in Defendant Francisco's Lane.

14. To avoid colliding with the vehicle in front of him, Defendant Francisco veered into Defendant Khadka's lane, striking the rear side of Defendant Khadka's vehicle.

15. The collision caused by Defendant Francisco caused a second collision to occur between Defendant Khadka and Plaintiff.

**COUNT I – NEGLIGENCE**
**(MARILYN WILSON v. ISSAC EDUARDO HERNANDEZ FRANCISCO)**

Exhibit A

2

16. Plaintiff re-alleges and restates Paragraphs 1-15 of this Complaint as though fully set forth herein as Paragraph 16 of this Count I.

17. On said date, time, and place, Defendant Francisco owed to Plaintiff a duty to operate, maintain, and control his motor vehicle in a safe and lawful manner.

18. Notwithstanding said duty, at said time and place Defendant Francisco was guilty of one or more of the following careless and negligent acts or omissions:

(a) Operating his motor vehicle without keeping a proper and sufficient lookout;

(b) Failing to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601(a);

(c) Proceeding at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the roadway, in violation of 625 ILCS 5/11-601;

(d) Failing to keep said vehicle under proper control and failing to stop, slow down or otherwise alter speed, movement or direction of said vehicle, when danger of collision with the Plaintiff's vehicle was imminent;

(e) Following too closely to the vehicle in front of his vehicle, in violation of 625 ILCS 5/11-710; and

(f) Was otherwise negligent in the operation of his motor vehicle so as to cause a collision with Defendant Khadka's vehicle, causing a second collision with Plaintiff's vehicle, which was properly traveling in the lane right of Defendant Khadka.

19. As a direct and proximate result of one or more of the foregoing acts and/or omissions of Defendant Francisco, Defendant Khadka's vehicle came into a collision with Plaintiff's vehicle.

20. As a direct and proximate result of the aforementioned collision, Plaintiff suffered and will continue to suffer injuries of a personal and pecuniary nature.

Exhibit A

3

**WHEREFORE**, Plaintiff, MARILYN WILSON demands judgment against Defendant FRANCISCO in the amount in excess of $50,000.00, plus costs.

## COUNT II – NEGLIGENCE
### (MARILYN WILSON v. PREM BAHADUR KHADKA)

21. Plaintiff re-alleges and restates Paragraphs 1-15 of this Complaint as though fully set forth herein as Paragraph 21 of this Count II.

22. On said date, time, and place, Defendant Khadka owed to Plaintiff a duty to operate, maintain, and control his motor vehicle in a safe and lawful manner.

23. Notwithstanding said duty, at said time and place Defendant Khadka was guilty of one or more of the following careless and negligent acts or omissions:

    (a) Operating his motor vehicle without keeping a proper and sufficient lookout;

    (b) Failing to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601(a);

    (c) Proceeding at a speed that was greater than reasonable and proper with regard to traffic conditions and the use of the roadway, in violation of 625 ILCS 5/11-601;

    (d) Failing to keep said vehicle under proper control and failing to stop, slow down or otherwise alter speed, movement or direction of said vehicle, when danger of collision with the Plaintiff's vehicle was imminent;

    (e) Following too closely to the vehicle in front of his vehicle, in violation of 625 ILCS 5/11-710; and

    (f) Was otherwise negligent in the operation of his motor vehicle so as to come into a collision with Plaintiff's vehicle, which was properly traveling in the lane to the right of Defendant Khadka.

24. As a direct and proximate result of one or more of the foregoing acts and/or omissions of Defendant Francisco, Defendant Francisco's vehicle came into a collision with the

Exhibit A

4

rear side of Defendant Khadka's vehicle, causing Defendant Khadka's vehicle to strike Plaintiff's vehicle.

25. As a direct and proximate result of the aforementioned collision, Plaintiff suffered and will continue to suffer injuries of a personal and pecuniary nature.

**WHEREFORE**, Plaintiff, MARILY WILSON demands judgment against Defendant KHADKA in the amount in excess of $50,000.00, plus costs.

### COUNT III – VICARIOUS LIABBILITY
### (MARILYN WILSON v. LYFT, INC.,
### a Delaware Corporation)

26. Plaintiff, re-alleges and restates Paragraphs 1-25 of this Complaint as though fully set forth herein as Paragraph 26 of this Count III.

27. On December 13, 2020, Defendant Khadka was the owner of the motor vehicle driven at the time of the occurrence and operating it within the scope of his employment as an employee of Defendant Lyft.

28. On December 13, 2020, Defendant Lyft had a duty at all times relevant hereto, to prevent such negligent acts or omissions from occurring and is vicariously liable under the doctrine of respondeat superior for such negligent acts or omissions of its duly authorized agent, servant and/or employee, Defendant Khadka.

29. As a direct and proximate result of the aforementioned actions and omissions of Defendant Khadka, Defendant Lyft breached its duties.

30. Plaintiff suffered and will continue to suffer injuries of a personal and pecuniary nature.

**WHEREFORE**, Plaintiff, MARILYN WILSON demands judgment against Defendant LYFT, INC., in the amount in excess of $50,000.00, plus costs.

Exhibit A

Respectfully submitted,
MARILYN WILSON

By: _____
One of the Attorneys for Plaintiff

Tod Rottman
Gordon Law Offices, Ltd.
111 W. Washington St., Ste. 1240
Chicago, IL 60602
(312) 332-5200
Atty # 57507
thr@gordonlawchicago.com
*Attorneys for Plaintiff*

Exhibit A

6

FILED
12/14/2022 2:59 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L011083
Calendar, Z
20680122

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MARILYN WILSON, )
             )
     Plaintiff, )
             )
-vs-           )
             ) No.
ISAAC EDUARDO HERNANDEZ )
FRANCISCO, PREM BAHADUR )
KHADKA, and LYFT, INC., a Delaware )
Corporation )
             )
     Defendants. )

### AFFIDAVIT

I, Tod Rottman, first being duly sworn on oath, depose and state as follows:

1.  The damages claimed by the Plaintiff exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Tod Rottman
Attorney for Plaintiff

### VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Tod Rottman

**Exhibit A**



**CT Corporation**
**Service of Process Notification**
12/22/2022
CT Log Number ▮▮▮▮

## Service of Process Transmittal Summary

**TO:** ▮▮▮▮
LYFT, INC.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** **Process Served in Illinois**

**FOR:** Lyft, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARILYN WILSON // To: Lyft, Inc. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - Law Division, IL<br>Case # 2022L011083 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 12/13/2020 |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/22/2022 at 13:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of receipt |
| **ATTORNEY(S)/SENDER(S):** | TOD ROTTMAN<br>GORDON LAW OFFICES, LTD.<br>111 W. WASHINGTON ST., STE. 1240<br>CHICAGO, IL 60602<br>312-332-5200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/22/2022, Expected Purge Date: ▮▮▮▮<br><br>Image SOP |



| | |
|---|---|
| **REGISTERED AGENT CONTACT:** | C T Corporation System |

Page 1 of 2

Exhibit B

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number:

| Return to Results | Search Again |

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2022L011083 | LCALZ | 12/14/2022 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| MARILYN WILSON | Motor Vehicle - Jury | ISAAC HERNANDEZ FRANCISCO<br>PREM BAHADUR KHADKA<br>LYFT, INC. | TOD ROTTMAN |

**Case Activities:**

| Activity Date: | 01/11/2023 | Event Desc: | Electronic Notice Sent | Comments: | |

| Activity Date: | 01/06/2023 | Event Desc: | Summons Returned - N.S. Reason: Other Reason | Comments: | Sheriff ID: 50240399, UNKNOWN LITIGANT Sheriff Filename: 2022L01108350240399.pdf |

| Activity Date: | 01/06/2023 | Event Desc: | Summons Returned - N.S. Reason: Other Reason | Comments: | Sheriff ID: 50240400, UNKNOWN LITIGANT Sheriff Filename: 2022L01108350240400.pdf |

Exhibit C

| Activity Date: | 12/26/2022 | Event Desc: | Summons Served - Corporation/Company/Business | Comments: | Sheriff ID: 50240401, UNKNOWN LITIGANT Sheriff Filename: 2022L01108350240401.pdf |
|---|---|---|---|---|---|
| Activity Date: | 12/14/2022 | Event Desc: | New Case Filing | Comments: | |
| Activity Date: | 12/14/2022 | Event Desc: | Personal Injury (Motor Vehicle) Complaint Filed (Jury Demand) | Comments: | |
| Activity Date: | 12/14/2022 | Event Desc: | Affidavit Filed | Comments: | |
| Activity Date: | 12/14/2022 | Event Desc: | Summons Issued And Returnable | Comments: | |
| Activity Date: | 12/14/2022 | Event Desc: | Summons Issued And Returnable | Comments: | |
| Activity Date: | 12/14/2022 | Event Desc: | Summons Issued And Returnable | Comments: | |

Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.

**Exhibit C**

Exhibit C



# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Thursday, 16 October 2014

**State**
DELAWARE

**Duration Date**
PERPETUAL

### Agent Information

**Exhibit D**

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 20 September 2017

## Annual Report

Filing Date
Wednesday, 28 September 2022

For Year
2022

## Officers

President
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

Secretary
Name & Address
LINDSAY LLEWELLYN 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.    Wed Jan 11 2023

Exhibit D

050308/20173/RCH/MPM/JFM

# IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC EDUARDO HERNANDEZ FRANCISCO, PREM BAHDUR KHADKA, and LYFT, INC. a Delaware Corporation.<br><br>Defendants. | Case Number |

**DECLARATION OF ATTORNEY JAMES F. MARUNA**

I, James F. Maruna, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, would state as follows:

1. I am one of the attorneys of record for Defendant Lyft, Inc.

2. On January 17, 2023, I contacted Plaintiff's counsel, Tod Rottman, via phone in order to secure information on the claimed damages as part of my assessment of the amount in controversy in this litigation.

3. Plaintiff claims a physical injury to her shoulder and low back resulting in a CT scan, treatment with a doctor and physical therapy.

4. Per her attorney, Plaintiff's medical bills in hand are approximately $50,000.

5. Further declarant sayeth not.

I, James F. Maruna, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January, 2023

/s *James F. Maruna*

**James F. Maruna**

Exhibit E