# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARILYN WILSON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | |
| ) | No. 23-CV-334 |
| ISAAC EDUARDO HERNANDEZ ) | |
| FRANCISCO, PREM BAHADUR ) | |
| KHADKA, and LYFT, INC., a Delaware ) | Hon. Matthew F. Kennelly |
| Corporation ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF STIPULATED DISMISSAL

Plaintiff, MARILYN WILSON, by and through her attorneys, Robert C. Thomas and Tod H. Rottman, of Gordon Law Office, Ltd., and pursuant to Fed. R. Civ. P. 41(a)(1)(A), state as follows:

1. Plaintiff, MARILYN WILSON, hereby voluntarily dismisses the following Defendant <u>with prejudice</u>:

- Lyft, Inc.

2. The case will continue as to Defendants Francisco and Khadka.

Respectfully submitted,

MARILYN WILSON

By: /s/ Robert C. Thomas

Dated this 2nd Day of May 2023

Robert C. Thomas
Tod H. Rottman
Gordon Law Offices, Ltd.
111 W. Washington St., Suite 1240
Chicago, IL 60602
(312) 332-5200
rct@gordonlawchicago.com
thr@gordonlawchicago.com

LYFT, INC.

By: /s/ James F. Maruna

Dated this 3rd Day of May 2023

Richard C. Huettel / ARDC No. 6190664
James F. Maruna / ARDC No. 6313433
CASSIDAY SCHADE, LLP
222 W. Adams Street, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
rhuettel@cassiday.com
jmaruna@cassiday.com


PREM BAHADUR KHADKA

By: /s/ Jeffrey S. Greenbaum

Dated this 3rd Day of May 2023

Jeffrey S. Greenbaum
Michael P. Stauder
Chilton, Yambert, Porter, LLP
303 W. Madison St., Suite 2300
Chicago, IL 60606
(312) 460-8000
jgreenbaum@cyp-law.com
mstauder@cyp-law.com

ISAAC EDUARDO HERNANDEZ FRANCISCO

By: /s/ Renee M. Hogan

Dated this 3rd Day of May 2023

Renee M. Hogan
Yvonne M. Kamini & Assoc.
120 N. LaSalle, Suite 1900
Chicago, IL 60602
(312) 683-3052
renee.hogan.kmzl@statefarm.com

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2023 I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

      /s/ Robert C. Thomas